COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          Cheryl E. Hill v. Federal National Mortgage Association

Appellate case number:       01-14-00359-CV

Trial court case number:     1044206

Trial court:                          County Civil Court at Law No. 4 of Harris County

On October 9, 2014, appellant, Cheryl E. Hill, filed a "Motion for Emergency TRO Due to Defendant's Violation of TPRC 510.08 [sic]," requesting "a TRO against the Defendant for Violating Rule TPRC 510.08 [sic]." We **deny** the motion.

Also on October 9, 2014, appellant filed a document styled "Plaintiff's Issue sua sponte order and APPLICABILITY OF BANKRUPTCY STAY Rendering loss of Jurisdiction for the County Court." In this motion, appellant argues that this case should be stayed because she filed a bankruptcy petition[1], and she requests that we "vacate the County Court's judgment as void, grant Plaintiff's motion and dismiss the forcible detainer action for want of jurisdiction." Appellant has not, however, provided notice to this Court regarding the court in which the bankruptcy proceeding is pending or the bankruptcy proceeding's style and case number. *See* TEX. R. APP. P. 8.1(b), (c). Accordingly, we **deny** the motion.

It is so ORDERED.


Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
                          ☒ Acting individually     ☐ Acting for the Court

Date:  October 16, 2014

---

[1]     Appellant's remaining arguments in this filing address the merits of the appeal and must be raised in a brief on the merits, not via motion. We will therefore not address the remaining arguments at this time.